GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: )<br>)<br>Akram Abdul-Rahman, )<br>)<br>Debtor. )<br>_____ )<br>)<br>GARY L. RAINSDON, Trustee )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Akram Abdul-Rahman, )<br>)<br>Defendant. )<br>_____ ) | BANKRUPTCY CASE NO.: 19-40090-JMM<br><br><br><br><br>ADVERSARY PROCEEDING NO.<br><br>_____ |

**Complaint Objecting to the Discharge of Debtor [11 U.S.C. § 727(a)]**

GARY L. RAINSDON, Trustee, the Plaintiff herein, for claim for relief against the above-named Defendant, respectfully alleges as follows:

### GENERAL ALLEGATIONS

### JURISDICTION AND VENUE

1. Plaintiff is the qualified and acting Trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(J).  Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant adversary proceeding is related to the above captioned case under Title 11 of the United States Code which is still pending.

## CAUSES OF ACTION

1. Grounds exist for the denial of the Defendant's discharge for the following reasons:

    a) Defendant has concealed, destroyed, or failed to keep or preserve recorded information, including books, documents, records, and papers from which the debtor's financial condition or business transactions might be ascertained, as required by 11 U.S.C. §727(a)(3). Defendant received and apparently spent $96,936.74 from the sale of his residence, but has been unable/unwilling to document the use of those funds.

    b) Defendant has willfully failed to obey the Income Tax Turnover Order, entered by the Bankruptcy Court on February 6, 2019. See Docket No. 10 in the bankruptcy case. Defendant received a tax refund of $1,460.00 which was property of the bankruptcy estate and has failed to surrender the funds to the estate trustee.

    c) Defendant has willfully failed to obey the Order on Motion for Turnover of Property and Records, entered by the Bankruptcy Court on August 5, 2019. See Docket No. 33. Debtor has failed to surrender:

        i.   His tax refund of $1,460.00;

        ii.  Documentation of the use of $96,936.74 from the sale of a home;

        iii. The names, addresses, and phone numbers of his "gambling friends" with whom he transacted significant money prior to the bankruptcy filing.

    d) Defendant has failed to comply with the Debtor's duties under 11 U.S.C. §521.

2. Said actions by the Defendant constitute grounds to Deny Discharge of Debts under 11 U.S.C. §§727(a)(3), (a)(4)(D), (a)(6)(A), and (c).

WHEREFORE, Plaintiff prays for Judgment and Order of the Court as follows:

1. That the Court enter an Order denying discharge of Defendant's debts.

2. That the Court enter Judgment in favor of the Plaintiff and against said Defendant for costs incurred in the prosecution of this action in the amount of $1,810.00 ($1,460.00 tax refund + $350.00 adversary filing fee).

3. That Plaintiff be awarded such other and further relief as to the Court seems just and equitable.

DATED this 3rd day of October, 2019.

                                           /s/ Gary L. Rainsdon
                                        Gary L. Rainsdon, Trustee